

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-18-00207-CV

## IN RE DPA'S ASSIST THE OFFICER FOUNDATION, INC.

_____

## Original Proceeding

---

# ORDER

---

DPA'S Assist the Officer Foundation, Inc. petitioned this Court to issue a writ of mandamus directing Respondent, the Honorable Wayne Bridewell, Judge of the 249th Judicial District Court, to vacate his order signed on May 31, 2018 granting Katrina Ahrens' Motion to Compel Production of Documents. On June 1, 2018, Judge Bridewell recused himself in the underlying case and requested the Administrative Judge to assign another judge. On June 5, 2018, the Honorable David Evans, the Administrate Judge ordered that the underlying case be transferred from the 249th Judicial District Court to the 18th District Court, the Honorable John Neill, presiding.

By orders issued August 22, 2018 and October 17, 2018, we abated this proceeding to the newly assigned trial court judge for consideration of Ahrens' Motion to Compel

Production of Documents. In a Joint Status Report filed on October 31, 2018, we have been informed by the parties that Judge Neill found the order rendered by Judge Bridewell on Ahrens' Motion to Compel Production of Documents to be "in all things, appropriate," and declined "to amend, reverse or change in any manner, said order."

In light of Judge Neill's ruling, the parties request that Ahrens be permitted to file a response by November 9, 2018 to DPA'S Assist the Officer Foundation, Inc.'s petition for writ of mandamus.

Accordingly, this proceeding is reinstated, the parties' request is granted, and Ahrens' response to the petition for writ of mandamus is due November 9, 2018.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed November 7, 2018

